UNITED STATES DISTRICT COURT
DISTRICT OF MAINE (PORTLAND)

| | |
|---|---|
| **Federal National Mortgage Association,** | **Civil Action No.: 2:18-cv-00380-JDL** |
| **Plaintiff,** | |
| vs. | |
| **Phillip Gotts and Cynthia M. Gotts,** | |
| **Defendants,** | |
| **Beneficial Maine, Inc., Discover Bank, Midland Funding, LLC, and Maine Revenue Services,** | **RE: 29 Everett Avenue, South Portland, ME 04106** |
| | **MORTGAGE: Recorded August 11, 2003 in Book 20409, Page 179 (Cumberland County)** |
| **Parties-in-Interest.** | |

## ORDER GRANTING MOTION TO SUBSTITUTE PLAINTIFF

This matter came before me on the Motion to Substitute Plaintiff filed by U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust, as serviced by SN Servicing Corporation ("**U.S. Bank Trust**").

1. In the Motion, U.S. Bank Trust requests that it be substituted as Plaintiff in the within case.

2. Due and adequate notice of the Motion was given to all named Defendants.

Consequently, it is ORDERED that the Plaintiff in this matter shall be substituted to U.S. Bank Trust National Association as Trustee of the

Cabana Series IV Trust.

**SO ORDERED.**

Dated: October 14, 2021

                                                     /s/ Jon D. Levy  
                                         **CHIEF U.S. DISTRICT JUDGE**