UNITED STATES DISTRICT COURT
DISTRICT OF MAINE (PORTLAND)

| | |
|---|---|
| **Federal National Mortgage Association,** | **Civil Action No.: 2:18-cv-00380-JDL** |
| **Plaintiff,** | |
| vs. | |
| **Phillip Gotts and Cynthia M. Gotts,** | |
| **Defendants,** | |
| **Beneficial Maine, Inc., Discover Bank, Midland Funding, LLC, and Maine Revenue Services,** | **RE: 29 Everett Avenue, South Portland, ME 04106** |
| | **MORTGAGE: Recorded August 11, 2003 in Book 20409, Page 179 (Cumberland County)** |
| **Parties-in-Interest.** | |

## ORDER GRANTING MOTION TO REOPEN CASE

This matter came before me on the Motion to Reopen Case filed by U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust, as serviced by SN Servicing Corporation ("**U.S. Bank Trust**").

1. In the Motion, U.S. Bank Trust requests that this case be reopened so that it may pursue a foreclosure and sale on the property known as 29 Everett Avenue, South Portland, Maine.

2. Due and adequate notice of the Motion was given to all named Defendants.

Consequently, it is ORDERED that this case shall be reopened and

the stay on proceedings lifted.

**SO ORDERED.**

Dated: October 14 , 2021

                                                    /s/ Jon D. Levy  
                                          **CHIEF U.S. DISTRICT JUDGE**